IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**LAKIN PITTS, Individually and on Behalf of**                          **PLAINTIFF**
**All others Similarly Situated**

**vs.**                                    **No. 4:18-cv-124-JLH**

**LINDSEY & COMPANY, INC., a/k/a**
**1) ACCENTS & GIFTS, INC.;**
**2) HOUSINGMANAGER.COM;**
**3) INTERIORS & GIFTS, INC.; and**
**LINDSEY SOFTWARE SYSTEMS, INC.**                          **DEFENDANT**

## JOINT MOTION FOR STIPULATED COLLECTIVE ACTION SETTLEMENT AND SETTLEMENT APPROVAL

Comes the Plaintiff, Lakin Pitts, by and through her attorneys, Sanford Law Firm, PLLC, together with the Defendant, Lindsey & Company, Inc., by and through its attorneys, Fuqua Campbell, P.A., and for their Joint Motion for Stipulated Collective Action Settlement and Settlement Approval, the parties state:

1.      The Plaintiff filed suit against the Defendant alleging violations of the Fair Labor Standards Act, the Arkansas Minimum Wage Act, and the Americans with Disabilities Act.[1]

2.      The parties have reached an agreement to settle all claims under the Fair Labor Standards Act and the Arkansas Minimum Wage Act, subject to this Court's approval of the Settlement Agreement (**attached as Exhibit 1**).

3.      The parties believe the Settlement Agreement is fair, reasonable, and adequate.

---

[1] Plaintiff's claim under the Americans with Disabilities Act is not being released and is not included in the Settlement Agreement

1

4.    The parties request that the Court, for purposes of settlement only, appoint Josh

Sanford, Allison Koile, and Chris Burks of Sanford Law Firm, PLLC as group counsel and

certify a settlement groups as follows:

> All current and former employees of Lindsey & Company who
> worked as software trainers, technical support, or customer support
> representatives between February 13, 2016, and the date of
> execution of the Settlement Agreement.

5.    The parties also request that the Court review and approve the Settlement

Agreement and the Notice of Settlement (**attached as Exhibit 2**).

6.    A brief in support of this motion is being filed concurrently with this motion.

Wherefore, the parties pray that the Court approve the Settlement Agreement and

Settlement Notice and certify the settlement group described in this motion.

Respectfully submitted,

SANFORD LAW FIRM, PLLC
One Financial Center
650 S. Shackleford, Suite 411
Little Rock, Arkansas 72211
501-221-0088 – Telephone
888-787-2040 – Facsimile

/s/ Josh Sanford
Josh Sanford, AR Bar No. 2001037
Allison Koile, AR Bar No. 2011154
Chris Burks, AR Bar No. 2010207

COUNSEL FOR PLAINTIFF

FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone
(501) 975-7153 – Facsimile

By:    /s/ Phil Campbell
Phil Campbell, AR Bar No. 81028
Chris Stevens, AR Bar No. 2012289

COUNSEL FOR DEFENDANT

2