**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

LAKIN PITTS, individually and                                              PLAINTIFF
on behalf of all others similarly situated

v.                                        No. 4:18CV00124 JLH

LINDSEY & COMPANY, INC., a/k/a
Accents & Gifts, Inc.;
Housingmanager.com; Interiors &
Gifts, Inc.; and Lindsey Software
Systems, Inc.                                                              DEFENDANT

## ORDER

The joint motion for stipulated collective action settlement and settlement approval is GRANTED. Document #19. For purposes of settlement only, the Court appoints Josh Sanford, Allison Koile, and Chris Burks of the Sanford Law Firm, PLLC, as group counsel and certify a settlement group as follows:

> All current and former employees of Lindsey & Company who worked as software trainers, technical support, or customer support representatives between February 13, 2016, and the date of execution of the Settlement Agreement.

The Court has reviewed and hereby approves the Settlement Agreement and the Notice of Settlement.

IT IS SO ORDERED this 12th day of July, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE