IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAKIN PITTS                                                                                          PLAINTIFF

v.                                      NO. 4:18CV00124 JLH

LINDSEY & COMPANY, INC., a/k/a
Accents & Gifts, Inc.; Housingmanager.com;
Interiors & Gifts, Inc.; and
Lindsey Software Systems, Inc.                                                       DEFENDANT

## JUDGMENT

Pursuant to the findings of fact and conclusions of law entered separately today, the Court declares that Lakin Pitts's disability was a motivating factor in Lindsey & Company's decision to terminate her employment. Because Lindsey & Company would have terminated her regardless of her disability and her requests for an accommodation; because Pitts could perform the essential functions of her job without an accommodation; and because the evidence showed that Lindsey & Company provided a reasonable accommodation by providing a quiet place to record training videos, judgment is entered in favor of Lindsey & Company on the claims of Lakin Pitts. No damages or equitable relief will be awarded.

IT IS SO ORDERED this 17th day of May, 2019.

                                                                          _J. Leon Holmes_____
                                                                          J. LEON HOLMES
                                                                          UNITED STATES DISTRICT JUDGE